IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

FRED PENNIMAN          )
                         )     No. 1-13-0033
v.                  )
                         )
SPEARS COASTLINE PLASTICS, LLC   )

O R D E R

Pursuant to the order entered February 12, 2014 (Docket Entry No. 21), a settlement conference was held on April 16, 2014, at the conclusion of which the parties were not able to reach a resolution of the case.

However, counsel for the parties shall convene a telephone conference call with the Court on **Monday, April 21, 2014, at 4:30 p.m.,** to be initiated by defendant's counsel, to address whether, since the April 16, 2014, settlement conference, the parties have been able to reach a resolution of the case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge